IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATHANIEL LENARD BUTLER  *
\*
\*
v.  *  Civil No. – JFM-12-2605
\*
MONTGOMERY COUNTY  *
GOVERNMENT  *
\*\*\*\*\*\*

**MEMORANDUM**

    Defendant has filed a motion to dismiss based upon the apparent untimeliness of plaintiff's filing of a complaint administratively. Plaintiff has filed a response which appears to show that he did file a timely administrative claim. Therefore, defendant's motion to dismiss will be denied. However, the denial of defendant's motion is without prejudice to defendant reraising the timeliness issue by way of a motion for summary judgment at the conclusion of discovery if defendant then believes that dismissal of the action on the grounds of untimeliness is proper.

Date: December 21, 2012    /s/
                                      J. Frederick Motz
                                      United States District Judge